**Denied and Opinion Filed December 11, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01477-CV

### IN RE ANA RODRIGUEZ, Relator

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-00627**

## MEMORANDUM OPINION
Before Justices Francis, Evans, and Schenck
Opinion by Justice Francis

In this original proceeding, relator seeks a writ of mandamus directing the trial court to vacate two discovery orders. To be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relator has not shown she is entitled to the relief requested. Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

/Molly Francis/
MOLLY FRANCIS
JUSTICE

181477F.P05